**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kendra L. Shepherd, Patrick Pierce, Chad Walker, and
Angela M. Pierce, Defendants,

Of whom Angela M. Pierce is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-001014

---

Appeal From Orangeburg County
Anne Gue Jones, Family Court Judge

---

Unpublished Opinion No. 2023-UP-390
Submitted December 5, 2023 – Filed December 5, 2023

---

**AFFIRMED**

---

Nancy Carol Fennell, of Irmo, for Appellant.

Patrick A. McWilliams, of South Carolina Department of
Social Services, of Orangeburg, for Respondent.

Jerrod Austin Anderson, of Anderson Law Office, P.A., of Orangeburg; and Adam Christopher Ness, of Bamberg Legal, LLC, of Bamberg, both for the Guardian ad Litem.

————————

**PER CURIAM:**  Angela M. Pierce appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.